UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DENNIS RAY FRICK, JR.,

       Plaintiff,

Case No. 2:12-CV-265

v.

Hon. Gordon J. Quist

JEFFREY STIEVE, et al.,

       Defendants.

_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 16, 2014. In that Report and Recommendation, Magistrate Judge Greeley recommends that Defendants' motions for summary judgment be granted and that the case be dismissed in its entirety. The Report and Recommendation was duly served on Plaintiff on January 16, 2014. No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed January 16, 2014 (dkt. no. 47) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motions for Summary Judgment (dkt. nos. 27, 30) are **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

A separate judgment will issue.

This case is **concluded**.


Dated: February 12, 2014                                           /s/ Gordon J. Quist
                                                                                 GORDON J. QUIST
                                                                    UNITED STATES DISTRICT JUDGE